■ DOROTHY D. WHITE, as Administratrix of the Estate of SCOTT A. WHITE, Deceased, Appellant, v MID-TOWN OIL COMPANY, INC., Respondent. (Action No. 1.) DOROTHY D. WHITE, as Executrix of EDWARD P. WHITE, Deceased, Appellant, v MID-TOWN OIL COMPANY, INC., Respondent. (Action No. 2.) [610 NYS2d 727] —Orders, Supreme Court, Nassau County (Alfred S. Robbins, J.), entered November 26, 1991 and March 9, 1992, unanimously affirmed for the reasons stated by Robbins, J., without costs and without disbursements. No opinion. Concur —Carro, J. P., Ellerin, Wallach, Kupferman and Nardelli, JJ.